## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDREW D. MILLER, THE SPECIAL ADMINISTRATOR OF THE ESTATE OF RICHARD K. MILLER; ANDREW D. MILLER, AN INDIVIDUAL; AND SUZETTE MILLER, AN INDIVIDUAL,
        Appellants,

vs.

CITIMORTGAGE, INC., A FOREIGN CORPORAITON; AND CLEAR RECON CORP. A NEVADA CORPORATION,
        Respondent.

No. 68500

**FILED**

MAR 0 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Jerome M. Polaha, District Judge
        Madelyn Shipman, Settlement Judge
        Geoffrey Lynn Giles
        Ballard Spahr, LLP
        Aldridge Pite, LLP
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-07519